IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MARK A. RAY, SR. AND           :   CASE NO.: 1:17-bk-02221-HWV
       SANDRA A. RAY,                          :
                Debtors                              :

## DEBTOR'S THIRD MOTION TO AUTHORIZE WAGE ATTACHMENT ORDER

**AND NOW COMES**, Debtor, Mark A. Ray Sr., by and through his attorneys, Jacobson & Julius Harshberger and hereby files this Motion to Authorize Wage Attachment and in support thereof states as follows:

1. Debtor filed a Chapter 13 Petition on or about May 27, 2017.

2. Debtor once again receives regular income from employment at Costco Warehouse that may be attached under 11 U.S.C § 1326 to fund Debtor's Chapter 13 Plan.

3. The likelihood of success in this case will be much greater if Debtor's income is attached to fund the plan.

4. Debtor consents to the wage attachment.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order directing the above-mentioned employer to pay the Chapter 13 Trustee in the amount set forth in the attached *Order*.

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

Dated: December 13, 2021        s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858
717.909.7788 [fax]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK A. RAY, SR. AND : CASE NO.: 1:17-bk-02221-HWV
       SANDRA A. RAY, :
             Debtors :

## DEBTOR'S CONSENT TO VOLUNTARY WAGE ATTACHMENT

I, Mark A. Ray, Sr., do hereby consent to an attachment of my wages for the purpose of funding my Chapter 13 Plan.

Date: December 13, 2021                                           s/Mark A. Ray, Sr.

## PROOF OF SERVICE

      AND NOW, this 13th day of December 2021, I, Dera Shade, with Jacobson, Julius & Harshberger, attorneys for the Debtor, hereby certify that on this day I served the within *Motion to Authorize Wage Attachment* upon the following persons by forwarding the same via CM/ECF or first-class mail–

Jack N. Zaharopoulos, Standing Chapter 13 Trustee      Office of U.S. Trustee
        8125 Adams Drive                                           POB 969
        Hummelstown, PA 17036                           Harrisburg, PA 17108.0969

                               Attn: Tina (Confidential)
                                   Costco Warehouse
                                   5125 Jonestown Road
                            Harrisburg, Pennsylvania 17112

                                                         By:     s/Dera Shade
                                                                      Dera Shade, Paralegal

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK A. RAY, SR. AND  : CASE NO.: 1:17-bk-02221-HWV
SANDRA A. RAY, :
          Debtors :

## ORDER

      **UPON CONSIDERATION** of the above-referenced Debtor having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

      **IT IS HEREBY ORDERED** that until further *Order* of this Court, the entity from whom Debtor receives income:

Attn: Tina (Confidential)<br>
Costco Warehouse<br>
5125 Jonestown Road<br>
Harrisburg, Pennsylvania 17112

should deduct from said Debtor's income the sum of **$705.00 from each biweekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

Jack N. Zaharopoulos, Standing Chapter 13 Trustee<br>
P.O. Box 6008<br>
Memphis, TN 38101-6008

      **IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

      **IT IS FURTHER ORDERED** that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

      **IT IS FURTHER ORDERED** that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1:17-bk-02221-HWV] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.