United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 17-02221-HWV

Mark A. Ray                                                              Chapter 13

Sandra A. Ray

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

**Recip ID**        **Recipient Name and Address**
           +   Costco Warehouse, Attn: Tina (Confidential), 5125 Jonestown Road, Harrisburg, Pennsylvania 17112-4929

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021           Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Chad J. Julius | on behalf of Debtor 1 Mark A. Ray cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 2 Sandra A. Ray cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Steven P. Kelly | on behalf of Creditor M&T Bank skelly@sterneisenberg.com  bkecf@sterneisenberg.com |

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William Edward Miller

on behalf of Creditor M&T Bank wmiller@friedmanvartolo.com  wedwardmiller@gmail.com

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **MARK A. RAY, SR. AND**     :    **CASE NO.:** <u>1:17-bk-02221-HWV</u>

          **SANDRA A. RAY,**               :

                **Debtors**

<u>**ORDER**</u>

     **UPON CONSIDERATION** of the above-referenced Debtor having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

     **IT IS HEREBY ORDERED** that until further *Order* of this Court, the entity from whom Debtor receives income:

Attn: Tina (Confidential)
Costco Warehouse
5125 Jonestown Road
Harrisburg, Pennsylvania 17112

should deduct from said Debtor's income the sum of **$705.00 from each biweekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

Jack N. Zaharopoulos, Standing Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

     **IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

     **IT IS FURTHER ORDERED** that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

     **IT IS FURTHER ORDERED** that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1:17-bk-02221-HWV] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.

Dated: December 14, 2021        By the Court,

                         *Henry W. Van Eck*

                     Henry W. Van Eck, Chief Bankruptcy Judge [CD]