UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK A RAY, SR
SANDRA A RAY

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-17-02221-HWV

Movant

## Withdrawal of Certificate of Default

AND NOW, on January 10, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Certificate of Default filed on or about January 9, 2023 be withdrawn. The concerns of the Trustee have now been satisfied.

Respectfully Submitted,

/s/ Jack N. Zaharopoulos
Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: January 10, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK A RAY, SR
SANDRA A RAY

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

MARK A RAY, SR
SANDRA A RAY

CHAPTER 13

CASE NO: 1-17-02221-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail from Hummelstown, PA, unless served electronically, at the below address on January 10, 2023.

CHAD J JULIUS ESQUIRE
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG, PA  17111-5212

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

Dated:  January 10, 2023