IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK A. RAY, SR. AND : CASE NO.: 1:17-bk-02221-HWV
      SANDRA A. RAY, :
            Debtors :

## DEBTOR'S MOTION TO TERMINATE WAGE ATTACHMENT

AND NOW COMES, Debtor, Mark A. Ray, Sr., by and through his attorneys, Jacobson, Julius & Harshberger, who hereby files this Motion to Terminate Wage Attachment and in support thereof states:

1. Debtor and his wife filed a Chapter 13 Petition on or about May 27, 2017.

2. This Honorable Court approved a wage attachment of Debtor's wages on December 14, 2021 and further directed Costco Warehouse to withhold funds from Debtor's wages to pay the Chapter 13 Trustee.

3. Debtor files this motion seeking an Order terminating said wage attachment because the Debtor's employment with Costco Warehouse has been terminated.

4. Debtor is currently unemployed and searching for new employment.

**WHEREFORE**, Debtor respectfully requests that this Court enter an Order directing the above-mentioned employer to terminate the payments to the Chapter 13 Trustee.

Respectfully Submitted,

JACOBSON, JULIUS AND HARSHBERGER

Dated: September 27, 2023

/s/ Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARK A. RAY, SR. AND | : | CASE NO.: 1:17-bk-02221-HWV |
| SANDRA A. RAY, | : | |
| Debtors | : | |

## PROOF OF SERVICE

AND NOW, this 27th day of September 2023, I, Dera Shade, with Jacobson, Julius & Harshberger, attorneys for the Debtors, hereby certify that on this day I served the within *Motion to Terminate Wage Attachment* upon the following persons by forwarding the same via CM/ECF and/or first-class mail–

Jack N. Zaharopoulos, Esq.
8125 Adams Drive Suite A
Hummelstown, PA 17036

United States Trustee
The Sylvia H. Rambo US Courthouse
1501 North 6th Street, Bankruptcy Courtroom 8, 4th Floor
Harrisburg, PA 17102

Attn: Tina (Confidential)
Costco Warehouse
5125 Jonestown Road
Harrisburg, Pennsylvania 17112

By: /s/Dera Shade
Dera Shade

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK A. RAY, SR. AND : CASE NO.: 1:17-bk-02221-HWV
      SANDRA A. RAY, :
           Debtors :

**UPON CONSIDERATION** of the above-referenced Debtor, Mark A. Ray, Sr., having filed a *Motion to Terminate Wage Attachment* under Chapter 13 of the Bankruptcy Code;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that the entity from whom Debtor receives income:

      Attn: Tina (Confidential)
      Costco Warehouse
      5125 Jonestown Road
      Harrisburg, Pennsylvania 17112

shall terminate all deductions and wage attachments remitted to Chapter 13 Trustee, Jack N. Zaharopoulos, from said Debtor's income, previously ordered by this Honorable Court on December 14, 2021.