Fill in this information to identify the case:

Debtor 1  Mark A. Ray

Debtor 2  Sandra A. Ray
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  17-02221 HWV

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:**  M&T Bank  **Court claim no. (if known):** 1

**Last 4 digits** of any number you use to identify the debtor's account: 6919
**Property address:**
4017 Jonestown Road
Harrisburg, PA 17109

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:   (a)   $ 843.86
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b)   $ 650.00
c. Total. Add lines a and b.   (c)   $ 1,493.86

Creditor asserts that the debtor(s) are contractually obligated for   05 / 01 / 2024
the postpetition payment(s) that first became due on:

| Debtor(s) | Mark A. Ray and Sandra A. Ray | Case Number (if known): 17-02221 HWV |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ 
PA Middle BK
10 Jun 2024, 13:55:45, EDT

Date    06/10/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R    Response to Notice of Final Cure Payment    page 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Mark A. Ray** <br> **Sandra A. Ray** <br>                 **Debtor(s)** <br><br> **M&T Bank** <br>                 **Movant** <br>     vs. <br><br> **Mark A. Ray** <br> **Sandra A. Ray** <br>                 **Debtor(s)** <br><br> **Jack N. Zaharopoulos**, <br>                 **Trustee** | **BK NO. 17-02221 HWV** <br><br> **Chapter 13** <br><br> **Related to Claim No. 1** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 10, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Mark A. Ray
4017 - 4019 Jonestown Road
Harrisburg, PA 17109

Sandra A. Ray
4017 - 4019 Jonestown Road
Harrisburg, PA 17109

Attorney for Debtor(s) (via ECF)
Chad J. Julius,
Jacobson & Julius
8150 Derry Street
Suite A
Harrisburg, PA 17111

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: June 10, 2024

                                                 */s/ Denise Carlon*
                                                 Denise Carlon Esquire
                                                 Attorney I.D. 317226
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106
                                                 201-549-2363
                                                 dcarlon@kmllawgroup.com

# CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

**Loan Number:** ▮▮▮▮
**Mortgagor Last Name:** Ray
**Property Address:** 4017 Jonestown Rd, Harrisburg, PA 17109
**Date Produced:**

**Filing Date:** 5/27/2017
**Case Number:** 17-02221
**Investor:** M&T

## POST PETITION PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | $0.00 | $0.00 |
| 8/16/2017 | 6/1/2017 | $398.03 | $398.03 | 6/1/2017 | payment | $0.00 | $0.00 | $0.00 |
| 9/25/2017 | 7/1/2017 | $398.03 | $398.03 | 7/1/2017 | payment | $0.00 | $0.00 | $0.00 |
| 10/17/2017 | 8/1/2017 | $398.03 | $398.03 | 8/1/2017 | payment | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 9/1/2017 | $398.03 | $398.03 | 9/1/2017 | payment | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 10/1/2017 | $398.03 | $398.03 | 10/1/2017 | payment | $0.00 | $0.00 | $0.00 |
| 1/1/2017 | 11/1/2017 | $407.56 | $398.03 | 11/1/2017 | payment | $9.53 | $9.53 | $9.53 |
| 2/13/2018 | **12/1/2017** | $407.56 | **$407.56** | 12/1/2017 | payment | $0.00 | $0.00 | $9.53 |
| 2/13/2018 | 1/1/2018 | $407.56 | $407.56 | 1/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 3/14/2018 | 2/1/2018 | $407.56 | $407.56 | 2/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 5/18/2018 | 3/1/2018 | $407.56 | $407.56 | 3/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 5/18/2018 | 4/1/2018 | $407.56 | $407.56 | 4/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 7/18/2018 | 5/1/2018 | $407.56 | $407.56 | 5/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 7/18/2018 | 6/1/2018 | $407.56 | $407.56 | 6/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 8/14/2018 | 7/1/2018 | $407.56 | $407.56 | 7/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 9/10/2018 | 8/1/2018 | $407.56 | $407.56 | 8/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 10/15/2018 | 9/1/2018 | $407.56 | $407.56 | 9/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 11/16/2018 | 10/1/2018 | $407.56 | $407.56 | 10/1/2018 | payment | $0.00 | $0.00 | $9.53 |
| 2/13/2019 | | $397.85 | | | | $397.85 | $397.85 | $407.38 |
| 2/13/2019 | 11/1/2018 | $397.85 | $407.56 | 11/1/2018 | payment | -$9.71 | -$9.71 | $397.67 |
| 2/13/2019 | **12/1/2018** | $397.85 | **$397.85** | 12/1/2018 | payment | $0.00 | $0.00 | $397.67 |
| 3/15/2019 | 1/1/2019 | $397.85 | $397.85 | 1/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 4/16/2019 | 2/1/2019 | $397.85 | $397.85 | 2/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 5/14/2019 | 3/1/2019 | $397.85 | $397.85 | 3/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 6/13/2019 | 4/1/2019 | $397.85 | $397.85 | 4/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 7/15/2019 | 5/1/2019 | $397.85 | $397.85 | 5/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 10/1/2019 | 6/1/2019 | $397.85 | $397.85 | 6/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 10/1/2019 | 7/1/2019 | $397.85 | $397.85 | 7/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 10/15/2019 | 8/1/2019 | $397.85 | $397.85 | 8/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 11/12/2019 | 9/1/2019 | $397.85 | $397.85 | 9/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 12/16/2019 | 10/1/2019 | $397.85 | $397.85 | 10/1/2019 | payment | $0.00 | $0.00 | $397.67 |

# CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

## POST PETITION PAYMENT HISTORY

| TRANSACTION | DUE | AMOUNT | AMOUNT | PAYMENT | TRANSACTION | | TO/FROM | SUSPENSE |
|---|---|---|---|---|---|---|---|---|
| 1/21/2020 | 11/1/2019 | $397.85 | $397.85 | 11/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 2/18/2020 | **12/1/2019** | $397.85 | **$397.85** | 12/1/2019 | payment | $0.00 | $0.00 | $397.67 |
| 4/20/2020 | 1/1/2020 | $423.39 | $397.85 | 1/1/2020 | payment | $25.54 | $25.54 | $423.21 |
| 5/11/2020 | 2/1/2020 | $423.39 | $397.85 | 2/1/2020 | payment | $25.54 | $25.54 | $448.75 |
| 5/11/2020 | **3/1/2020** | $423.39 | **$423.39** | 3/1/2020 | payment | $0.00 | $0.00 | $448.75 |
| 5/11/2020 | 4/1/2020 | | $423.39 | 4/1/2020 | payment | -$423.39 | -$423.39 | $25.36 |
| 6/4/2020 | 5/1/2020 | $423.39 | $423.39 | 5/1/2020 | payment | $0.00 | $0.00 | $25.36 |
| 7/14/2020 | 6/1/2020 | $423.39 | $423.39 | 6/1/2020 | payment | $0.00 | $0.00 | $25.36 |
| 9/29/2020 | 7/1/2020 | $846.78 | $423.39 | 7/1/2020 | payment | $423.39 | $423.39 | $448.75 |
| 9/29/2020 | 8/1/2020 | | $423.39 | 8/1/2020 | payment | -$423.39 | -$423.39 | $25.36 |
| 11/9/2020 | 9/1/2020 | $423.39 | $423.39 | 9/1/2020 | payment | $0.00 | $0.00 | $25.36 |
| 12/28/2020 | 10/1/2020 | $837.15 | $423.39 | 10/1/2020 | payment | $413.76 | $413.76 | $439.12 |
| 12/28/2020 | 11/1/2020 | | $423.39 | 11/1/2020 | payment | -$423.39 | -$423.39 | $15.73 |
| 1/25/2021 | **12/1/2020** | $413.76 | **$413.76** | 12/1/2020 | payment | $0.00 | $0.00 | $15.73 |
| 2/22/2021 | 1/1/2021 | $413.76 | $413.76 | 1/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 3/22/2021 | 2/1/2021 | $413.76 | $413.76 | 2/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 4/19/2021 | 3/1/2021 | $413.76 | $413.76 | 3/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 5/24/2021 | 4/1/2021 | $413.76 | $413.76 | 4/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 6/21/2021 | 5/1/2021 | $413.76 | $413.76 | 5/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 8/23/2021 | 6/1/2021 | $413.76 | $413.76 | 6/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 8/23/2021 | 7/1/2021 | $413.76 | $413.76 | 7/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 10/18/2021 | 8/1/2021 | $413.76 | $413.76 | 8/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 10/18/2021 | 9/1/2021 | $413.76 | $413.76 | 9/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 11/22/2021 | 10/1/2021 | $413.76 | $413.76 | 10/1/2021 | payment | $0.00 | $0.00 | $15.73 |
| 1/24/2022 | 11/1/2021 | $447.47 | $413.76 | 11/1/2021 | payment | $33.71 | $33.71 | $49.44 |
| 3/21/2022 | **12/1/2021** | $447.47 | **$447.47** | 12/1/2021 | payment | $0.00 | $0.00 | $49.44 |
| 3/21/2022 | 1/1/2022 | $447.47 | $447.47 | 1/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 3/21/2022 | 2/1/2022 | $447.47 | $447.47 | 2/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 6/17/2022 | 3/1/2022 | $447.47 | $447.47 | 3/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 6/17/2022 | 4/1/2022 | $447.47 | $447.47 | 4/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 6/17/2022 | 5/1/2022 | $447.47 | $447.47 | 5/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 8/22/2022 | 6/1/2022 | $447.47 | $447.47 | 6/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 8/22/2022 | 7/1/2022 | $447.47 | $447.47 | 7/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 12/19/2022 | 8/1/2022 | $447.47 | $447.47 | 8/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 1/23/2023 | 9/1/2022 | $447.47 | $447.47 | 9/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 1/23/2023 | 10/1/2022 | $447.47 | $447.47 | 10/1/2022 | payment | $0.00 | $0.00 | $49.44 |
| 1/23/2023 | 11/1/2022 | $449.31 | $447.47 | 11/1/2022 | payment | $1.84 | $1.84 | $51.28 |
| 1/23/2023 | 12/1/2022 | $449.31 | $449.31 | 12/1/2022 | payment | $0.00 | $0.00 | $51.28 |
| 5/19/2023 | 1/1/2023 | $449.31 | $449.31 | 1/1/2023 | payment | $0.00 | $0.00 | $51.28 |

# CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

**POST PETITION PAYMENT HISTORY**

| TRANSACTION | DUE | AMOUNT | AMOUNT | PAYMENT | TRANSACTION | | TO/FROM | SUSPENSE |
|---|---|---|---|---|---|---|---|---|
| 5/19/2023 | 2/1/2023 | $449.31 | $449.31 | 2/1/2023 | payment | $0.00 | $0.00 | $51.28 |
| 6/20/2023 | 3/1/2023 | $449.31 | $449.31 | 3/1/2023 | payment | $0.00 | $0.00 | $51.28 |
| 6/20/2023 | 4/1/2023 | $449.31 | $449.31 | 4/1/2023 | payment | $0.00 | $0.00 | $51.28 |
| 6/20/2023 | 5/1/2023 | $449.31 | $449.31 | 5/1/2023 | payment | $0.00 | $0.00 | $51.28 |
| 7/17/2023 | 6/1/2023 | $449.31 | $449.31 | 6/1/2023 | payment | $0.00 | $0.00 | $51.28 |
| 8/14/2023 | 7/1/2023 | $449.31 | $449.31 | 7/1/2023 | payment | $0.00 | $0.00 | $51.28 |
| 10/23/2023 | 8/1/2023 | $449.31 | $449.31 | 8/1/2023 | payment | $0.00 | $0.00 | $51.28 |
| 10/23/2023 | 9/1/2023 | $449.31 | $449.31 | 9/1/2023 | payment | $0.00 | $0.00 | $51.28 |
| 12/26/2023 | 10/1/2023 | $449.31 | $449.31 | 10/1/2023 | payment | $0.00 | $0.00 | $51.28 |
| 12/26/2023 | 11/1/2023 | $445.85 | $449.31 | 11/1/2023 | payment | -$3.46 | -$3.46 | $47.82 |
| 3/22/2024 | 12/1/2023 | $445.84 | $445.84 | 12/1/2023 | payment | $0.00 | $0.00 | $47.82 |
| 3/22/2024 | 1/1/2024 | $445.84 | $445.84 | 1/1/2024 | payment | $0.00 | $0.00 | $47.82 |
| 3/22/2024 | 2/1/2024 | $445.84 | $445.84 | 2/1/2024 | payment | $0.00 | $0.00 | $47.82 |
| 5/31/2024 | 3/1/2024 | $445.84 | $445.84 | 3/1/2024 | payment | $0.00 | $0.00 | $47.82 |
| 5/31/2024 | 4/1/2024 | $445.84 | $445.84 | 4/1/2024 | payment | $0.00 | $0.00 | $47.82 |
| DUE | 5/1/2024 | | $445.84 | | | -$445.84 | -$445.84 | -$398.02 |
| DUE | 6/1/2024 | | $445.84 | | | -$445.84 | -$445.84 | -$843.86 |
| | | | | | | $0.00 | $0.00 | -$843.86 |
| | | | | | | $0.00 | $0.00 | -$843.86 |

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Mark A. Ray |
| Debtor 2 | Sandra A. Ray |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA HARRISBURG DIVISION |
| | (State) |
| Case number | 17-02221-HWV |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank  **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6919

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

X  Yes. Date of the last note: 07/11/2017

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | 08/03/2017 – Plan Review | (3) $ 225.00 |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify:_____ | | (11) $ _____ |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Mark A. Ray            Case number (if known) 17-02221-HWV

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐    I am the creditor.

X    I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X    /s/ Steven Kelly, Esquire           Date 11/09/2017
       Signature

Print:    Steven               Kelly        Title: Attorney for Creditor
         First Name    Middle Name    Last Name

Company    Stern & Eisenberg, PC

Address    1581 Main Street, Suite 200
         Number      Street

         Warrington      PA      18976
         City      State      ZIP Code

Contact phone    (215) 572-8111          Email    skelly@sterneisenberg.com

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date: 11/09/2017

Chad J. Julius
Jacobson & Julius
8150 Derry Street, Suite A
Harrisburg, PA 17111
cjulius@ljacobsonlaw.com
Attorney for Debtor

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
Trustee

and by standard first class mail postage prepaid to:

Mark A. Ray
4017-4019 Jonestown Road
Harrisburg, PA 17109

Sandra A. Ray
4017-4019 Jonestown Road
Harrisburg, PA 17109
Debtor(s)

             /s/ Steven Kelly
            Steven Kelly, BAR# 308573
            Stern & Eisenberg, PC
            1581 Main Street, Suite 200
            The Shops at Valley Square
            Warrington, PA 18976
            Ph: (215) 572-8111
            skelly@sterneisenberg.com
            Attorney for Secured Creditor

PA201700000926

Official Form 410S2   Notice of Postpetition Mortgage Fees, Expenses, and Charges   page 3

Case 1:17-bk-02221-HWV Doc 79 Filed 06/90/24 Entered 06/90/24 15:20:93 Desc
Main Document Page 9 of 12

| Fill in this information to identify the case: |
|---|
| Debtor 1    Mark A. Ray |
| Debtor 2    Sandra A. Ray <br>(Spouse, if filing) |
| United States Bankruptcy Court for the: UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA HARRISBURG DIVISION <br>(State) |
| Case number    17-02221-HWV |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank      **Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX6919

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X   No

☐   Yes. Date of the last note: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 06/19/2017 – Proof of Claim | (5) $ 425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify:_____ | | (11) $ _____ |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Mark A. Ray                                          Case number (if known) 17-02221-HWV

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

X  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X /s/ William E. Miller, Esquire                   Date 07/11/2017
   Signature

Print:   William E. Miller                         Title: Attorney for Creditor
         First Name   Middle Name   Last Name

Company  Stern & Eisenberg, PC

Address  1581 Main Street, Suite 200
         Number          Street

         Warrington         PA         18976
         City               State      ZIP Code

Contact phone  (215) 572-8111           Email  wmiller@sterneisenberg.com

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date: 07/11/2017

Chad J. Julius
8150 Derry Street
Suite A
Harrisburg, PA 17111
cjulius@ljacobsonlaw.com
Attorney for Debtor

Charles J. DeHart, III
8125 Adams Drive
Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
Trustee

and by standard first class mail postage prepaid to:

Mark A. Ray
4017-4019 Jonestown Road
Harrisburg, PA 17109

Sandra A. Ray
4017-4019 Jonestown Road
Harrisburg, PA 17109
Debtor(s)

      /s/ William E. Miller
William E. Miller, BAR# 308951
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Ph: (215) 572-8111
wmiller@sterneisenberg.com
Attorney for Secured Creditor

PA201700000926