In re:  Case No. 17-02221-HWV
Mark A. Ray  Chapter 13
Sandra A. Ray
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 3180W | Total Noticed: 63 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark A. Ray, Sandra A. Ray, 4017 - 4019 Jonestown Road, Harrisburg, PA 17109 |
| cr | + | M&T Bank, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4935718 | + | Accounts Recovery, PO Box 41309, Nashville,TN 37204-1309 |
| 4935724 | + | Capital Tax Collection Bureau, 2301 N. 3rd St., Harrisburg,PA 17110-1893 |
| 4935731 | | Dauphin County Tax Claim Bureau, PO Box 1295, Harrisburg,PA 17108 |
| 4935732 | | Diane K. Bair, Tax Collector, Lower Paxton Twp., 4919-C (Rear) Jonestown Rd., Harrisburg,PA 17109 |
| 4935737 | + | Dr. Carl Frankel, 1800 Linglestown Rd., #200, Harrisburg,PA 17110-3343 |
| 4935738 | + | Enterprise RentACar, 2491 Paxton St, Harrisburg,PA 17111-1036 |
| 4935739 | + | Fulton Friedman & Gullace, 28 E. Main St., #500, Rochester,NY 14614-1928 |
| 4935744 | + | Law Offices of Burton Neil & Assoc., 1060 Andrew Dr., #170, West Chester,PA 19380-5601 |
| 4935746 | + | Lower Paxton Township Authority, 425 Prince St., Suite 139, Harrisburg,PA 17109-3053 |
| 4935752 | + | Med-Path Assoc of Central PA, 100 S. 2nd St., #301, Harrisburg,PA 17101-2545 |
| 4935756 | | Nationwide Credit Inc., 1150 East Univerity Dr., Tempe,AZ 85281 |
| 4935760 | + | Northwest Consumer discount, PO Box 985, Camp Hill,PA 17001-0985 |
| 4935761 | + | OPTN dba Madden P T, 5425 Jonestown Rd., #100, Harrisburg,PA 17112-4086 |
| 4935763 | + | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh,PA 15264-3291 |
| 4935764 | + | Pinnacle Cardiology, PO Box 8700, Harrisburg,PA 17105-8700 |
| 4935765 | + | Pinnacle Health Emergency, 6880 W. Snowville Rd., #210, Brecksville,OH 44141-3255 |
| 4935766 | + | Pinnacle Health Hospitals, PO Box 2353, Harrisburg,PA 17105-2353 |
| 4935771 | + | RJM Ac, 575 Underhill Blvd, #2, Syosset,NY 11791-3426 |
| 4935773 | | The Billing Center, Time Customer Service, PO Box 62121, Tampa,FL 33662 |
| 4935774 | + | Tristan Associates, 4520 Union Deposit Rd., Harrisburg,PA 17111-2910 |
| 4935777 | + | United Water PA, 8189 Adams Drive, Hummelstown,PA 17036-8036 |
| 4935778 | + | Unum, the Benefits Center, c/o Lamont, Hanley & Assoc., PO Box 179, Manchester,NH 03105-0179 |
| 4935779 | | Young's Medical Equipment, PO Box 983123, boston,MA 02298 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4935720 | | Email/Text: bankruptcynotice@apria.com | Aug 21 2024 06:35:00 | Apria Healthcare, 1328 S. Highland Ave., Jackson,TN 38301 |
| 4935719 | ^ | MEBN | Aug 21 2024 06:32:19 | Apothaker & Associates, 520 Fellowship Rd., C 306, Mt. Laurel,NJ 08054-3410 |
| 4935721 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Aug 21 2024 06:35:00 | Asset Acceptance, PO Box 44426, Nottingham,MD 21236-6426 |
| 4972676 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Aug 21 2024 06:35:00 | Asset Acceptance LLC, Midland Credit Mgmt. Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren, MI 48090-2036 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4935722 | ^ | MEBN | Aug 21 2024 06:32:22 | Bureau of Account Management, 3607 Rosemont Ave., Ste 50, Camp Hill,PA 17011-6904 |
| 4935723 | + | EDI: CAPITALONE.COM | Aug 21 2024 10:38:00 | Capital One Services, Inc, Bankruptcy Claims, PO Box 85167, Richmond,VA 23285-5167 |
| 4970988 | + | Email/Text: bankruptcy@cavps.com | Aug 21 2024 06:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4935728 | + | EDI: CITICORP | Aug 21 2024 10:38:00 | Citi Cards, PO Box 6241, Sioux Falls,SD 57117-6241 |
| 4935729 | + | EDI: CITICORP | Aug 21 2024 10:38:00 | Citibank, PO Box 6241, Sioux Falls,SD 57117-6241 |
| 4935730 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Aug 21 2024 06:35:00 | Computer Credit, PO Box 5238, Winston-Salem,NC 27113-5238 |
| 4935734 | | EDI: DISCOVER | Aug 21 2024 10:38:00 | Discover, Attn: Customer Service, PO Box 30203, Salt Lake City,UT 84130 |
| 4935735 | | EDI: DISCOVER | Aug 21 2024 10:38:00 | Discover Financial Service, PO box 15316, Wilmington,DE 19850 |
| 4935736 | | EDI: DISCOVER | Aug 21 2024 10:38:00 | Discover Financial Services, PO Box 15316, Wilmington,DE 19850 |
| 4935741 | + | EDI: SYNC | Aug 21 2024 10:38:00 | GECRB/JC Penney, PO Box 965007, Orlando,FL 32896-5007 |
| 4935742 | + | EDI: HFC.COM | Aug 21 2024 10:38:00 | HSBC Bank, PO Box 30253, Salt Lake City,UT 84130-0253 |
| 4935743 | + | EDI: IRS.COM | Aug 21 2024 10:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia,PA 19101-7346 |
| 4935727 | | EDI: JPMORGANCHASE | Aug 21 2024 10:38:00 | Chase Bankruptcy Dept., PO Box 15145, Wilmington,DE 19850 |
| 4972503 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2024 06:39:25 | LVNV Funding LLC c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |
| 4944403 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2024 06:39:23 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4944402 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2024 06:39:25 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4935748 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2024 06:39:25 | LVNV funding, PO Box 10497, Greenville,SC 29603-0497 |
| 4935751 | | Email/Text: camanagement@mtb.com | Aug 21 2024 06:35:00 | M&T Bank, Attn: Retail Servicing, PO Box 767, Buffalo,NY 14240 |
| 4935750 | | Email/Text: camanagement@mtb.com | Aug 21 2024 06:35:00 | M&T Bank, PO Box 840, Buffalo,NY 14240 |
| 4935753 | + | Email/Text: unger@members1st.org | Aug 21 2024 06:35:00 | Members 1st F C U, 5000 Louise Dr., Mechanicsburg,PA 17055-4899 |
| 4935755 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2024 06:35:00 | Midland Funding, LLC, 8875 Aero Dr., Ste 200, San Diego,CA 92123-2255 |
| 4935754 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2024 06:35:00 | Midland Funding, LLC, 2365 Northside Dr., Ste 30, San Diego,CA 92108-2710 |
| 4935757 | + | Email/Text: ngisupport@radiusgs.com | Aug 21 2024 06:35:00 | Northland Group, PO Box 390846, Edina,MN 55439-0846 |
| 4973041 | | EDI: PRA.COM | Aug 21 2024 10:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4935767 | ^ | MEBN | Aug 21 2024 06:32:33 | PPL, 2 North 9th St., CPC-GENN1, Allentown,PA 18101-1139 |
| 4966039 | ^ | MEBN | Aug 21 2024 06:32:34 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 4926925 | + | EDI: PRA.COM | Aug 21 2024 10:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4935768 | | Email/Text: bankruptcynotices@pch.com | Aug 21 2024 06:35:00 | Publishers Clearinghouse, PO Box 4002936, Des Moines,IA 50340-2936 |
| 4935769 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 21 2024 06:35:00 | Quest Diagnostics, PO Box 740775, Cincinnati,OH 45274-0775 |
| 4935770 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 21 2024 06:39:28 | Regional Acceptance Corp., 300 Redland Ct., #102, Owings Mills,MD 21117-3272 |
| 4942621 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 21 2024 06:39:28 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 4935772 | + | EDI: CITICORP | Aug 21 2024 10:38:00 | Sears, PO Box 6286, Sioux Falls,SD 57117-6286 |
| 4935776 | + | EDI: URSI.COM | Aug 21 2024 10:38:00 | United Recovery Systems, PO Box 722929, Houston,TX 77272-2929 |
| 4953529 | | EDI: AIS.COM | Aug 21 2024 10:38:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4935726 | | Cavalry Portfolio Svc, 500 Smmit Lake Dr., Valhalla,PA 100595 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4935725 | *+ | Capital Tax Collection Bureau, 2301 N. 3rd St., Harrisburg,PA 17110-1893 |
| 4935733 | * | Diane K. Bair, Tax Collector, Lower Paxton Twp., 4919-C (Rear) Jonestown Rd., Harrisburg,PA 17109 |
| 4935740 | *+ | Fulton Friedman & Gullace, 28 E. Main St., #500, Rochester,NY 14614-1928 |
| 4935749 | *+ | LVNV Funding, PO Box 10497, Greenville,SC 29603-0497 |
| 4935745 | *+ | Law Offices of Burton Neil & Assoc., 1060 Andrew Dr., #170, West Chester,PA 19380-5601 |
| 4935747 | *+ | Lower Paxton Township Authority, 425 Prince St., Suite 139, Harrisburg,PA 17109-3053 |
| 4935758 | *+ | Northland Group, Inc., PO Box 390846, Edina,MN 55439-0846 |
| 4935759 | *+ | Northland Group, Inc., PO Box 390846, Edina,MN 55439-0846 |
| 4935775 | *+ | Tristan Associates, 4520 Union Deposit Rd., Harrisburg,PA 17111-2910 |
| 4935762 | ##+ | Peerless Credit, PO Box 518, Middletown,PA 17057-0518 |

TOTAL: 1 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 22, 2024 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Mark A. Ray cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 2 Sandra A. Ray cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Steven P. Kelly | on behalf of Creditor M&T Bank skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor M&T Bank william.miller@padgettlawgroup.com BKECF@padgettlawgroup.com |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark A. Ray<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4678<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Sandra A. Ray<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2024<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-02221-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark A. Ray                    Sandra A. Ray

**By the court:** *Henry W. Van Eck* (signature)

8/20/24

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2