**Fill in this information to identify the case:**

Debtor 1    Mark A. Ray

Debtor 2    Sandra A. Ray
(Spouse, if filing)

United States Bankruptcy Court for the: UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA HARRISBURG DIVISION
(State)

Case number    17-02221-HWV

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank      **Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6919

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X   No

☐   Yes. Date of the last note: ___/___/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 06/19/2017 – Proof of Claim | (5) $ 425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify:_____ | | (11) $ _____ |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 ___Mark A. Ray_____ Case number (if known) 17-02221-HWV

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐  I am the creditor.

X  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X  /s/ William E. Miller, Esquire              Date  07/11/2017
   Signature

Print:   William E. Miller                              Title: Attorney for Creditor
         First Name    Middle Name    Last Name

Company  Stern & Eisenberg, PC

Address  1581 Main Street, Suite 200
         Number          Street

         Warrington         PA         18976
         City               State      ZIP Code

Contact phone  (215) 572-8111           Email  wmiller@sterneisenberg.com

# Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date: 07/11/2017

Chad J. Julius
8150 Derry Street
Suite A
Harrisburg, PA 17111
cjulius@ljacobsonlaw.com
Attorney for Debtor

Charles J. DeHart, III
8125 Adams Drive
Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
Trustee

and by standard first class mail postage prepaid to:

Mark A. Ray
4017-4019 Jonestown Road
Harrisburg, PA 17109

Sandra A. Ray
4017-4019 Jonestown Road
Harrisburg, PA 17109
Debtor(s)

    /s/ William E. Miller
William E. Miller, BAR# 308951
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Ph: (215) 572-8111
wmiller@sterneisenberg.com
Attorney for Secured Creditor

PA201700000926