Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1    Mark A. Ray

Debtor 2    Sandra A. Ray

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   17-02221 HWV

Official Form 410S1

# Notice of Mortgage Payment Change                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: M&T Bank**                                    **Court claim no**. (if known): 1

**Last 4 digits** of any number you use to                        **Date of payment change:**
identify the debtor's account: 6919                               Must be at least 21 days after date        12/01/2022
                                                                  of this notice

                                                                  **New total payment:**          $449.31
                                                                  Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $201.87 _____        **New escrow payment:**    $ 203.71 _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %                **New interest rate:** _____ %

   **Current principal and interest payment:** $_____     **New principal and interest payment:** $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

       Reason for change: _____

   **Current mortgage payment:** $_____              **New mortgage payment:** $ _____

Official Form 410S1                            **Notice of Mortgage Payment Change**                                page 1

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Michael Farrington*                                  Date    11/07/2022
Signature
**Print:** Michael Farrington
07 Nov 2022, 15:09:54, EST

Title   Attorney for Creditor

Company   KML Law Group, P.C.

Address   701          Market Street, Suite 5000
          Number        Street
          Philadelphia,                    PA      19106
          City                             State   ZIP Code

Contact phone   (215) 627–1322          Email  bkgroup@kmllawgroup.com

Case 1:17-bk-02221-HWV    Doc    Filed 11/08/22    Entered 11/08/22 15:29:14    Desc
Document ID: 6fa3a3b3488f772ca804074fbcf488357e9ea01b1b604aee6e8fa55cd53f4fc6
                          Main Document    Page 2 of 2