IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark A. Ray<br>Sandra A. Ray<br>**Debtor(s)**<br><br>M&T Bank<br>**Movant**<br>vs.<br><br>Mark A. Ray<br>Sandra A. Ray<br>**Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>**Trustee** | BK NO. 17-02221 HWV<br><br>Chapter 13<br><br>Related to Claim No. 1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 8, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Mark A. Ray
4017 - 4019 Jonestown Road
Harrisburg, PA 17109

Sandra A. Ray
4017 - 4019 Jonestown Road
Harrisburg, PA 17109

Attorney for Debtor(s)
Chad J. Julius, Jacobson & Julius, 8150 Derry Street
Suite A
Harrisburg, PA 17111

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: November 8, 2022

**/s/ Michael P. Farrington**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com